**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM T. MCCANN,** <br> **Plaintiff,** <br><br> **v.** <br><br> **SCHOOL DISTRICT OF PHILADELPHIA, CHARTER SCHOOLS OFFICE OF THE SCHOOL DISTRICT OF PHILADELPHIA, JOANNA BEAVER, STEFANIE FERRIOLA, CRAIG JOHNSON, JR., AND OFFICE OF SCHOOL SAFETY OF THE SCHOOL DISTRICT OF PHILADELPHIA,** <br> **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO.  24CV6679** |

**O R D E R**

**AND NOW**, this 15th day of May, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 43, 50) and Plaintiff William McCann's response thereto (ECF No. 46, 47), it is **HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED** as to:

   a. Defendants Charter Schools Office of the School District of Philadelphia and Office of School Safety.

   b. Plaintiff's newly asserted claims, including a *Monell* claim against the Charter School Office and Office of School Safety, right to privacy in medical information claim, under 42 U.S.C. § 1983, right to privacy under the Fourteenth Amendment, and a Section 504 claim under the Rehabilitation Act, 29 U.S.C. § 794 *et seq.*.

   c. Plaintiff's claims under the Health Insurance Portability and Accountability Act (HIPAA), 45 C.F.R. § 160.101 *et seq.*; Pennsylvania Sunshine Act, 65 Pa. C.S. §701 *set seq.*; Pennsylvania Right to Know Act, 65 Pa C.S. § 67.101 *et seq.*; and, Pennsylvania Whistleblower Act, 42 Pa. C.S. § 1421 *et seq.*

   d. Plaintiff's claims under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, against Defendants Beaver, Johnson Jr., and Ferriola.

e. Plaintiff's First Amendment retaliation claims against Defendant School District of Philadelphia and Ferriola.

f. Plaintiff's defamation claim against Defendants School District of Philadelphia, Beaver, and Johnson Jr..

2. Defendants' Motion is **DENIED** in all other respects.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**